DOE, APPELLANT, *v.* JESUS A. RAMOS, M.D., INC. ET AL., APPELLANTS;
PRONATIONAL INSURANCE COMPANY, APPELLEE.

[Cite as *Doe v. Jesus A. Ramos, M.D., Inc.,*
113 Ohio St.3d 263, 2007-Ohio-1792.]

(No. 2006–2300—Submitted March 13, 2007—Decided May 2, 2007.)

_____

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Gehm v. Timberline Post & Frame*, 112 Ohio St.3d 514, 2007-Ohio-607, 861 N.E.2d 519.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

———————

Paul W. Flowers Co., L.P.A., and Paul W. Flowers; and Loucas & Loucas Co., L.P.A., George E. Loucas, and Penny E. Loucas, for appellant Jane Doe.

Walter & Haverfield, L.L.P., Jonathan D. Greenberg, and Leslie G. Wolfe, for appellants Jesus A. Ramos, M.D., Inc., and Jesus A. Ramos, M.D.

Tucker, Ellis & West, L.L.P., Matthew P. Moriarty, Susan M. Audey, Tariq M. Naeem, and Frank O. Garritano, for appellee.

